In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-068 CV


____________________



TWIN HARBORS PROPERTY ASSOCIATION, Appellant



V.



NORMA JEAN ZBRANEK AND ROBERT ZBRANEK, Appellees






On Appeal from the 411th District Court


Polk County, Texas


Trial Cause No. CV21511






 MEMORANDUM OPINION 


 We have before the Court a "Joint Motion to Set Aside the Trial Court's Judgment
Without Regard to the Merits and Remand the Case to the Trial Court" in which the parties
ask this Court to remand the case to the trial court with instructions to enter a judgment in
accordance with the parties' written settlement agreement. The Court finds the motion
complies with Tex. R. App. P. 42.1(a)(2). The parties inform the Court that they have
reached an agreement to vacate the trial court's judgment and remand the case to the trial
court for entry of an order of dismissal consistent with the terms of the parties' agreement.

 It is, therefore, ORDERED that the judgment of the trial court is vacated and the cause
is remanded to the 411th District Court of Polk County, Texas, for further proceedings
regarding the entry of judgment in accordance with the agreement of the parties. Costs shall
be assessed against the party incurring such costs.

 VACATED AND REMANDED.

 ____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered July 27, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.